NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORMAN GERALD DANIELS III, | No.    17-15705 |
| Plaintiff-Appellant, | D.C. No. 1:16-cv-01312-EPG |
| v. | |
| STU SHERMAN, Warden, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Erica P. Grosjean, Magistrate Judge, Presiding

Submitted February 13, 2018**

Before:     LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

California state prisoner Norman Gerald Daniels III appeals pro se from the

magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging claims

related to his legal blindness.  We review de novo whether the magistrate judge

validly entered judgment on behalf of the district court.  *Allen v. Meyer*, 755 F.3d

---

*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

866, 867-68 (9th Cir. 2014).  We vacate and remand.

Daniels consented to proceed before the magistrate judge.  *See* 28 U.S.C. § 636(c).  The magistrate judge then screened and dismissed Daniels's action before the named defendant had been served.  *See* 28 U.S.C. §§ 1915A(b)(1), 1915(e)(2)(B)(ii).  Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**